UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-62352-Civ-Cohn/Seltzer

FRANCISCO PACHECO,

    Plaintiff,

v.

ACB AMERICAN, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Voluntary Dismissal with Prejudice [DE 6]. Accordingly, it is **ORDERED and ADJUDGED** that this action is hereby **DISMISSED** with prejudice. The Clerk shall close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of February, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

Jack Card, Jr., Esq./Andrew Glenn, Esq.
(Plaintiff's counsel to forward a copy to counsel for Defendant)